FILED: March 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4080

(3:13-mc-00107-MOC-DCK-1)

_____

In re: GRAND JURY SUBPOENA

-------------------------------

UNDER SEAL 1; UNDER SEAL 2

        Intervenors - Appellants

v.

UNITED STATES OF AMERICA

        Respondent - Appellee

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the motion for stay and exhibit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk